UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:10-cr-356-T-23EAJ

YBRAIM MOLINA-SANCHEZ
_____/

**PRELIMINARY ORDER OF FORFEITURE**

The defendant pleaded guilty to committing, and was adjudged guilty of committing, the offenses charged in Counts One and Two of the information, violation of 18 U.S.C. §§ 2252(a)(1) and 2252(a)(4)(B).

The United States moves (Doc. 18) for entry of a preliminary order of forfeiture, which, upon entry, shall be a final order as to Ybraim Molina-Sanchez.'s right, title and interest in one Compaq Computer, Serial Number CNH5070247, containing one Samsung hard drive, Serial Number S00J10Y213336 (the "computer").

The United States has established the requisite nexus between the computer and the offenses charged in the information.  Because the United States is now entitled to possession of the computer pursuant to the provisions of 18 U.S.C. § 2253, and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, the motion is **GRANTED**.  Ybraim Molina-Sanchez's right, title, and interest in the computer are condemned and forfeited to the United States for disposition according to law.

The court retains jurisdiction to entertain any third-party claim that may be asserted and to enter any order necessary to the forfeiture and disposition of the computer.

ORDERED in Tampa, Florida, on November 8, 2010.

                                         STEVEN D. MERRYDAY
                                         UNITED STATES DISTRICT JUDGE